IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

ALI H. ABUTAHA
                    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal No. 7:23-PO- 191 (ATB)
Vio:   18 USC §§ 7, 13
NYVTL § 511-2(a)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### THE COUNT

On or about November 20, 2023, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

### ALI H. ABUTAHA

while knowing, and having reason to know, that his license or privilege of operating a motor vehicle in New York State is suspended, revoked, or otherwise withdrawn by the Commissioner, suspended on 08/31/2023 for Failure to Answer a Summons in the Town of Preble and on 11/02/2023 for Driving While Ability Impaired by Alcohol.

All in violation of Title 18, United States Code, Sections 7 and 13 and New York Vehicle and Traffic Law Section 511-2(a), Operation While License or Privilege is Suspended or Revoked; Aggravated Unlicensed Operation in the Second Degree.

CARLA FREEDMAN
United States Attorney

By: *[signature]*

MATTHEW P. BULRISS
Special Assistant U.S. Attorney